AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 9824887

**RECEIVED**

By USMS District of Columbia District Court at 3:27 pm, Dec 08, 2025

United States of America

v.

Hieu Trung Vu

)
)
)
)
)
)

Case: 1:25-mj-00277
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 12/8/2025
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                        Hieu Trung Vu

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year);
22 D.C. Code § 402 (Assault with a Dangerous Weapon);
22 D.C. Code § 4504(b) (Possession of a Firearm During a Crime of Violence or Dangerous Offense).

Date:      12/08/2025

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 12/08/2025 , and the person was arrested on *(date)* 12/08/2025 at *(city and state)* Washington DC . |
| Date: 12/08/2025 |
| _____ *Arresting officer's signature* |
| Stephen H Lawe DSM *Printed name and title* |